JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS CRUZ, <br> Petitioner <br> v. <br> KELLY SANTORO, <br> Respondent. | Case No. 2:21-cv-08031-GJS <br><br> **JUDGMENT** |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED THAT the above-captioned action is dismissed with prejudice.

DATE: June 7, 2022

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE